# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**LESLIE A. NICKELS,**

           **Plaintiff,**

v.

           Case No.  08-2173-JWL-DJW

**UNIFIED SCHOOL DISTRICT #453,**
**CITY OF LEAVENWORTH,**
**LEAVENWORTH COUNTY, KANSAS,**

           **Defendant.**

### ORDER FOR INSPECTION AND REPRODUCTION
### OF RECORDS OF
### THE KANSAS HUMAN RIGHTS COMMISSION

This matter is before the Court on the joint motion of the parties (doc. 12) for an order directing the Kansas Human Rights Commission (the "KHRC") to produce for inspection and copying all records pertaining to Leslie A. Nickels' charge referenced as **Docket No. 30233-06**.

After being fully and duly advised in the premises, the Court finds that the requested documents are relevant and discoverable, subject to the Court's review of any objections that may be filed by the KHRC.  The KHRC shall produce such documents for inspection and copying by the attorneys of record herein; provided, however, that the KHRC may, upon review of its file: (1) withhold from production any documents that are deliberative or conciliatory in nature or that are work product of a KHRC attorney; and (2) file objections to producing any other documents that the KHRC contends it has a legal basis not to produce.  Any such objections shall be filed with the Court and served on the parties herein within **twenty (20)** days of the date of this Order.

       **IT IS THEREFORE ORDERED BY THE COURT** that the KHRC shall produce for

inspection by the attorneys of record for both plaintiff and defendant, all records pertaining to Leslie A. Nickels' charge referenced as **Docket No. 30233-06**, subject to the qualifications set forth in the preceding paragraph. The KHRC shall allow copies of the same to be made at the expense of the party requesting such reproduction.

    **IT IS SO ORDERED**.

    Dated in Kansas City, Kansas on this 1st day of July, 2008.

                                    s/ David J. Waxse
                                    David J. Waxse
                                    U.S. Magistrate Judge

cc:    All counsel
       *Pro se* parties
       and
       Brandon L. Myers
       Chief Legal Counsel/KHRC
       568 S. Landon State Office Building
       900 SW Jackson Street
       Topeka, KS 66612-1258